UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN WIND ENERGY CORP.,

    Plaintiff,

    v.

SAVITR CAPITAL,

    Defendant.
_____/

No. C 12-4806 PJH

**ORDER SETTING BRIEFING AND HEARING SCHEDULE**

Plaintiff Western Wind Energy Corp. ("plaintiff") has filed an application for a temporary restraining order in the above-entitled action. Though plaintiff styled its application as "ex parte," it does not appear that plaintiff truly intends to proceed ex parte, as it did not comply with Rule 65(b)(1), and its filings indicate that defendant Savitr Capital ("defendant") did receive a copy of plaintiff's application via email. Thus, the court sets the following briefing and hearing schedule:

Defendant shall file an opposition to plaintiff's application no later than 12:00 noon on Monday, September 17, 2012. Plaintiff shall not file any reply. The court will conduct a hearing on Wednesday, September 19, 2012 at 9:00 am. Because defendant's counsel has not entered an appearance in this case, plaintiff is ordered to serve a copy of this order on defendant's counsel within 24 hours of its issuance.

**IT IS SO ORDERED.**

Dated: September 14, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge