Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205,621)
brian.horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Boulevard, Suite 1600
 Los Angeles, CA 90067
Phone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiff
WESTERN WIND ENERGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WIND ENERGY CORP., a Canadian corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>SAVITR CAPITAL, LLC, a Delaware limited liability company,<br><br>            Defendant. | Civil Action No. CV 12-04806 PJH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Western Wind Energy Corp. hereby voluntarily dismisses the above-captioned action without prejudice. Defendant Savitr Capital, LLC, has not yet served an answer or otherwise served a response to the Amended Complaint.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 9, 2012        By: *Lynda J. Zadra-Symes*
                                  Lynda J. Zadra-Symes
                                  Brian C. Horne

                              Attorneys for Plaintiff
                              WESTERN WIND ENERGY CORP.

14122933

-1-

Notice of Voluntary Dismissal