UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN WIND ENERGY CORP.,

    Plaintiff,

    v.

SAVITR CAPITAL, LLC,

    Defendant.

_____/

No. C 12-4806 PJH

**ORDER VACATING HEARING DATE**

The date for the hearing on defendant's motion for attorney's fees, previously set for February 6, 2013, is VACATED. The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: February 1, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge